# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANNELLA JEANETTE BEARDEN**                                       **PLAINTIFF**

V.                      **CASE NO.: 4:11CV00170 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                  **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Annella Jeanette Bearden.

DATED this 6th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE